ROBERT DEVERAUX, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

HENRY B. DEVERAUX, Respondent, *v.* THE SAME, Appellant.

GEORGE W. COTHRAN, Respondent, *v.* THE SAME, Appellant.

MARY ANN HAGAN, Respondent, *v.* THE SAME, Appellant.

SUBMITTED with, and the like judgment rendered as in *Casey*, respondent, *v. Same*, appellant (*supra*).

---

NICHOLAS R. ACKER, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Submitted May 22, 1872; decided June 4, 1872.)

*A. P. Laning* for the appellant.

*George W. Cothran* for the respondent.

AGREE to modify by reducing the recovery to one penalty and excess of fare paid by plaintiff, and as modified affirmed with costs in court below, but without costs to either party in this court.

Judgment accordingly.

---

WILLIS J. BENEDICT, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

WILLIAM M. BACON, Respondent, *v.* THE SAME, Appellant.

SAMUEL S. BAME, Respondent, *v.* THE SAME, Appellant.

PETER COOK, Respondent, *v.* THE SAME, Appellant.

ANDREW M. COLE, Respondent, *v.* THE SAME, Appellant.

AUGUST DATT, Respondent, *v.* THE SAME, Appellant.